

12/02/2014 THIS MOTION IS GRANTED WITHOUT PROMISE OF ANY REIMBURSEMENT TO COUNSEL FOR THE DEBTOR. THE PRETRIAL STATEMENT SHALL BE FILED NO LATER THAN 12:00 P.M. ON DECEMBER 3, 2014. THE TRIAL SET FOR THURSDAY, DECEMBER 4, 2014 AT 2:00 P.M. IN SPRINGFIELD WILL GO FORWARD AS PREVIOUSLY SCHEDULED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | | |
|---|---|---|
| In re                                ) | | Chapter 13 |
|   ANGELA MICHAUD         ) | | No. 14-41538-hjb |
|   Debtor                       ) | | |

RENEWED AND LIMITED EMERGENCY MOTION TO RECONSIDER ORDER
STRIKING APPEARANCE

    The Debtor moves this honorable court to reconsider ONLY SO MUCH OF its order of December 1 (doc. # 76) as strikes the appearance of Attorney Oney and continues the trial presently set for December 4 generally. Emergency consideration is requested for the reasons stated in the statement of facts that follows.

FACTS

    1.  The Debtor desires Attorney Oney to continue representing her and desires a speedy trial.[1]

    2.  Attorney Oney is willing to represent the Debtor in the pending trial without promise of compensation, although he hopes to be reimbursed for out-of-pocket expenses and may decide to appeal from the remainder of the court's order of December 1. He says that his paramount interest is securing justice for the Debtor, in accordance with his belief in the function of lawyers in our society.

    3.  The parties were on the verge of filing a joint pretrial statement when the court entered the order. A witness has been subpoened, and other witnesses have been prepared. Exhibits have been assembled. The parties are ready for trial.

---

[1] The Debtor created the attached document and e-mailed to Attorney Oney. She intended to fax the letter directly to the court overnight, but she was unable to find a fax machine.