**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

```
. . . . . . . . . . . . . . . . .
                                 .
In re                            .
                                 .
ANGELA B. MICHAUD,               .  Chapter 13 No. 14-41538-HJB
        Debtor                   .
. . . . . . . . . . . . . . . . .
                                 .
ANGELA B. MICHAUD, DEBTOR        .
                                 .
        Plaintiff                .
                                 .  Contested Matter - 11 U.S.C. § 362(k)
v.                               .
                                 .
COLONIAL COOPERATIVE BANK,       .
        Secured Creditor         .
          &   Defendant          .
                                 .
. . . . . . . . . . . . . . . . .
```

**OBJECTIONS BY COLONIAL COOPERATIVE BANK TO CERTAIN OF DEBTOR'S DOCUMENTARY EXHIBITS**

| Documentary exhibit | Objection |
|---|---|
| P.1 Bates CCB.2 | Hearsay.  No hearsay objection available. |
| P.2 Bates 00001 | Authenticity.  Hearsay.  No hearsay objection available. |

**Documentary exhibit**         **Objection**

P.5 Bates 00005                 Hearsay.  No hearsay objection available.

                                Colonial Cooperative Bank
                                By its counsel


/s/ Joseph H. Reinhardt

_____
Joseph H. Reinhardt
(BBO #416090)
P.O. Box 6278
Boston, MA 02114-9998
(413) 245-9364


**Certificate of Service**
    I hereby certify that I have caused the within Motion, etc. to be served electronically on counsel of record in this case this 3rd day of December, 2014.

                        /s/ Joseph H. Reinhardt
                        _____
                        Joseph H. Reinhardt